IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH SCHORR and<br>SUSAN SCHORR, In their own right and<br>as personal representatives of the<br>Estate of Ryan K. Schorr,<br>          Plaintiffs<br><br>v.<br><br>BOROUGH OF LEMOYNE, et al.,<br>          Defendants | CIVIL ACTION NO.<br>1:CV-01-930<br><br>Judge Kane |

**FILED**
HARRISBURG
FEB - 7 2002
MARY E. D'ANDREA, CLERK
Per_____
   DEPUTY CLERK

<u>**O R D E R**</u>

**AND NOW** this 7th day of February, 2002, **IT IS HEREBY ORDERED THAT** the Pretrial Conference scheduled for Thursday, November 21, 2002 at 10:00 a.m. is **RESCHEDULED** to Friday, November 22, 2002 at 10:00 a.m.

_____
Yvette Kane
United States District Judge