ORIGINAL

IN THE UNITED STATES DISTTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR

:NO: 1:CV-01-0930

vs.

BOROUGH OF LEMOYNE, et al.

FILED
HARRISBURG, PA

MAY 10 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURTS:**

Kindly withdraw my appearance on behalf of Cumberland County only in regard to the above-captioned matter.

DEVLIN AND DEVINE

BY: _____
David P. Karamessinis, Esquire
Attorney for Defendant, Cumberland County
Suite 200, 100 West Elm Street
Conshohocken, PA  19428
(610) 397-4635

Date:

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of defendant, Cumberland County only.

METTE, EVANS AND WOODSIDE

BY: _____
John F. Yaninek, Esquire
Attorney for Defendant,
Cumberland County
3403 North Front Street
Harrisburg, PA  17110
717-232-5000

Date: *April 24, 2002*

## CERTIFICATE OF SERVICE

I, JOHN F. YANINEK, ESQUIRE, hereby certify that I am serving a copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure, by depositing a copy of same in the United States Mail at Harrisburg, Pennsylvania, with first-class postage, prepaid, as follows:

Gerald J. Williams, Esquire
Williams, Cuker and Berezofsky
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1895

David J. MacMain, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

METTE, EVANS & WOODSIDE

By: _____

John F. Yaninek, Esquire
Sup. Ct. I.D. No. 55741
3401 North Front Street
P. O. Box 5950
Harrisburg, PA 17110-0950
(717) 232-5000

Attorneys for Defendants Holy Spirit Hospital
and Cumberland County

DATE: May 7, 2002

:292832 _1