IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | : : : : : | JURY TRIAL DEMANDED |
| | : | HONORABLE YVETTE KANE |
| v. | : : | |
| Plaintiffs, | : : | FILED HARRISBURG |
| BOROUGH OF LEMOYNE, et al. | : : | JUN 2 4 2002 |
| Defendants. | : | NO. 1:CV-01-0930   MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK |

## AMENDED CASE MANAGEMENT ORDER

The deadlines imposed by the 2/5/2002 case management order in this matter are amended as follows:

| | |
|---|---|
| Close of Fact Discovery: | August 30, 2002 |
| Report of Experts: | September 13, 2002 |
| Response Reports to Experts Report: | September 27, 2002 |
| Dispositive Motions and Supporting Briefs Due: | October 18, 2002 |
| Local Rule 16.3-Attorney Conference and Exchange of Proposed Jury Instructions on or before: | December 11, 2002 |
| Motions In Limine Due: | December 18, 2002 |
| Pretrial Memoranda Due: | January 2, 2003 |
| Pretrial and Settlement Conference: | ~~January 24, 2003~~ *January 24, 2003 - 2:00pm* |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | January 16, 2003 |
| Jury Selection and Trial: | ~~February 3, 2003~~ *February 3, 2003 - 9:30a* |

In all other respects, the provisions of the February 5, 2002 order remain in full force and effect.

BY THE COURT:

Dated: 6/21/02

*/s/ Yvette Kane*
YVETTE KANE, Judge
Middle District of Pennsylvania