IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, In their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>BOROUGH OF LEMOYNE; BOROUGH OF WORMLEYSBURG; WEST SHORE REGIONAL POLICE DEPT.; HOWARD DOUGHERTY, Chief, West Shore Regional Police Dept; CUMBERLAND COUNTY; ROBERT GORIL, Executive Director, Cumberland County Mental Health/Mental Retardation Dept.; and HOLY SPIRIT HOSPITAL,<br>　　　　Defendants. | CIVIL ACTION NO. 1:CV-01-0930<br>(Judge Kane) |

## ORDER

AND NOW, this 3rd day of July, 2002, **IT IS ORDERED THAT** the pending motions to dismiss (Docs. No. 34 & 36) in the above-captioned case are reassigned to Magistrate Judge Malachy E. Mannion for preliminary consideration.

_____
Yvette Kane
United States District Judge