ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, in their own right and as personal representatives of the Estate of RYAN K. SCHORR, <br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WEST SHORE REGIONAL POLICE COMMISSION, HOWARD DOUGHERTY, CUMBERLAND COUNTY, ROBERT GORIL and HOLY SPIRIT HOSPITAL,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 1:CV-01-0930<br><br>MJ mannion ✓<br><br>FILED<br>HARRISBURG, PA<br>SEP 0 5 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>　　　Deputy Clerk |

### STIPULATION OF PARTIAL DISMISSAL

The undersigned parties, by and through their undersigned counsel, hereby stipulate and agree that Count IV - Rehabilitation Act claim brought under §504, of Plaintiffs' Complaint is HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE as to Defendants West Shore Regional Police Commission and Howard Dougherty.

_____
Gerald J. Williams, Esquire
Williams Cuker Berezofsky
One Penn Center
1617 J.F.K. Boulevard, Suite 800
Philadelphia, PA 19103

Counsel for Plaintiffs

_____
David J. MacMain, Esquire (59320)
Montgomery, McCracken, Walker
　& Rhoads, LLP
Philadelphia, PA 19109

Counsel for Defendants
West Shore Regional Police Commission
and Howard Dougherty

_John F. Yaninek_
John F. Yaninek, Esquire
Mette, Evans & Woodside
3401 North Front Street
P.O. Box 5950
Harrisburg, PA  17110

Counsel for Defendants Cumberland County
and Holy Spirit Hospital