IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR and : | **CIVIL ACTION NO.** |
| SUSAN SCHORR, In their own right and: | 1:CV-01-930 |
| as personal representatives of the : | |
| Estate of Ryan K. Schorr, : | |
|     Plaintiffs : | |
| : | J. Kane |
| v. : | |
| : | |
| BOROUGH OF LEMOYNE, et al., : | |
|     Defendants : | |

**FILED HARRISBURG**
OCT 1 5 2002
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**O R D E R**

AND NOW, this 15th day of October, 2002 **IT IS HEREBY ORDERED**

**THAT** Plaintiffs' Unopposed Motion for Amended Case Management Order is **GRANTED**.

Jury Selection and trial are **RESCHEDULED** to Monday, April 7, 2003 at 9:30 a.m. **IT IS**

**FURTHER ORDERED THAT** the following case management deadlines are established:

| | |
|---|---|
| Close of Fact Discovery: | October 25, 2002 |
| Report of Experts: | November 8, 2002 |
| Response Reports to Experts Report: | November 22, 2002 |
| Dispositive Motions and Supporting Briefs Due: | December 13, 2002 |
| Local Rule 16.3 - Attorney Conference and | |
| Exchange of Proposed Jury Instructions on or before: | February 21, 2003 |
| Motions In Limine Due: | February 28, 2003 |
| Pretrial Memoranda Due: | March 11, 2003 |
| Pretrial and Settlement Conference: | March 13, 2003 - 2:00 p.m |
| Joint Jury Instructions with Objections and | |
| Proposed Voir Dire Questions Due: | April 2, 2003 |

_____
Yvette Kane
United States District Judge