**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, in their own right and as representatives of the ESTATE OF RYAN SCHORR,<br><br>Plaintiffs<br><br>v.<br><br>WEST SHORE REGIONAL POLICE COMMISSION, HOWARD DOUGHERTY, CUMBERLAND COUNTY and HOLY SPIRIT HOSPITAL,<br><br>Defendants | Civil Action No. 1:01-0930<br><br>(KANE, D.J.)<br>(MANNION, M.J.) |

## ORDER

**AND NOW,** this 10th day of December, 2002, **IT IS HEREBY ORDERED** that Defendants' Unopposed Motion for Amended Case Management Order is GRANTED. Dispositive Motions and Supporting Briefs are due December 23, 2002.

In all other aspects, the provisions of the October 15, 2002 Order remain in full force and effect.

MALACHY E. MANNION
United States Magistrate Judge

Dated:  December 10, 2002