ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and SUSAN : 
SCHORR, In their own right and as :
personal representatives of the Estate :
of RYAN K. SCHORR, :
 :
              Plaintiffs, :
 : No. 1:CV-01-0930
    vs. : (Judge Yvette Kane)
 : ~~(Jury Trial)~~
WEST SHORE REGIONAL POLICE :
COMMISSION, HOWARD :
DOUGHERTY, CUMBERLAND :
COUNTY, and HOLY SPIRIT :
HOSPITAL, :
 :
              Defendants. :

**STIPULATION TO AMEND CASE MANAGEMENT ORDER**

    1.    On October 5, 2001, Defendants West Shore Regional Police Commission and Chief Howard Dougherty filed a Motion to Dismiss the Amended Complaint.

    2.    On or about October 17, 2001, Defendant Cumberland County filed a Motion to Dismiss the Amended Complaint.

3. To date, neither of these motion has been decided. As a result, Defendants West Shore Regional Police Commission, Chief Howard Dougherty and Cumberland County have not yet filed Answers to the Amended Complaint.

4. On October 15, 2002, this Court entered an Amended Case Management Order. The Amended Case Management Order sets forth the following deadlines:

| | |
|---|---|
| Dispositive Motions and Supporting Briefs | December 13, 2002 |
| Local Rule 16.3 – Attorney Conference and Exchange of Proposed Jury Instructions | February 21, 2003 |
| Motions in Limine | February 28, 2003 |
| Pretrial Memoranda | March 11, 2003 |
| Pretrial and Settlement Conference | March 13, 2003 – 2:00 p.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions | April 2, 2003 |

5. It is in the interests of judicial economy for the parties to wait until the pending motions to dismiss are decided before submitting dispositive motions with the Court.

6. The parties believe that the schedule set forth below will enable this case to proceed in a more efficient manner than if the October 15, 2002 Amended Case Management Order were kept in place. Pending Court approval, it is hereby

stipulated and agreed by and among the undersigned parties, through their counsel, that the parties will abide by the following schedule.[1]

| | |
|---|---|
| Answers to Amended Complaint | 20 days after pending motions to dismiss are decided |
| Dispositive Motions and Supporting Briefs | 30 days after pending motions to dismiss are decided |
| Local Rule 16.3 – Attorney Conference and Exchange of Proposed Jury Instructions | To be determined by the Court once pending motions to dismiss are decided |
| Motions in Limine | 90 days after pending motions to dismiss are decided |
| Pretrial Memoranda | 105 days after pending motions to dismiss are decided |
| Pretrial and Settlement Conference | To be determined by Court once pending motions to dismiss are decided |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions | 120 days after pending motions to dismiss are decided |

---

[1] On or about November 29, 2002, Defendant Holy Spirit Hospital filed an Unopposed Motion for Amended Case Management Order. The parties agree that if the Court approves the instant stipulation that the unopposed motion will be rendered moot.

Date: December 5, 2002

*Gregory J. Hauck* (signature)

David J. MacMain, Esquire
Gregory J. Hauck, Esquire
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
123 S. Broad Street
Philadelphia, PA 19109

Attorneys for Defendants West Shore Regional Police Commission and Chief Howard Dougherty

Date: December 5, 2002

*John F. Yaninek* (signature)

John F. Yaninek
Mette, Evans & Woodside
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950

Attorney for Defendants Holy Spirit Hospital and Cumberland County

Date: December 9, 2002

/s/ Gerald J. Williams
Gerald J. Williams, Esquire
Williams, Cuker & Berezofsky
One Penn Center
1617 JFK Boulevard, Suite 800
Philadelphia, PA  19103-1895

Attorney for Plaintiffs

APPROVED:

_____
Yvette Kane, J.