IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and                           :
SUSAN SCHORR, In their own right and :
as personal representatives of the            :
Estate of Ryan K. Schorr,                     :
      Plaintiffs,                            :
                                                    :
v.                                            :   CIVIL ACTION NO. 1:CV-01-930
                                                    :
                                                    :   (Judge Kane)
BOROUGH OF LEMOYNE, et al.,                   :
      Defendants                             :

## ORDER

AND NOW, this 18th day of December, 2002, **IT IS HEREBY ORDERED** that the Case Management Order of October 15, 2002 is amended as follows:

| | |
|---|---|
| Answers to Amended Complaint | **January 31, 2003** |
| Dispositive Motions and Supporting Briefs Due: | **February 14, 2003** |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or Before | **April 17, 2003** |
| Motions in Limine Due: | **April 21, 2003** |
| Pretrial Memoranda Due: | **April 21, 2003** |
| Pretrial and Settlement Conference | **April 24, 2003 - 10:00 a.m.** |
| Proposed Jury Instructions, Proposed Voir Dire Questions, and Objections to Proposed Instructions Due: | **April 24, 2003** |
| Jury Selection and Trial | **May 5, 2003 - 9:30 a.m.** |

                                                Yvette Kane
                                                United States District Judge