IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and                          :
SUSAN SCHORR, In their own right and :
as personal representatives of the           :
Estate of Ryan K. Schorr,                    :
      Plaintiffs,                           :
                                            :
    v.                                       :    CIVIL ACTION NO. 1:CV-01-930
                                            :
                                            :    (Judge Kane)
BOROUGH OF LEMOYNE, et al.,                  :
      Defendants                            :

FILED
HARRISBURG
JAN 30 2003
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

### ORDER

AND NOW, this 30th day of January, 2003, **IT IS ORDERED THAT** the scheduling order of December 18, 2002 is amended as follows:

    Answers to Amended Complaint Due:      **February 14, 2003**
    Dispositive Motions and Supporting Briefs Due:      **February 28, 2003**

All other dates set forth in the December 18, 2002 order shall remain the same.

_____
Yvette Kane
United States District Judge