IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MINUTES OF CONFERENCE

CASE NO: **1:CV-01-930**

DATE: **February 3, 2003**

Hon. Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **TC - status**

Time Commenced: **10:00 a.m.**     Time Terminated: **10:15 a.m.**

**APPEARANCES:**

**Plaintiff:**

Steven Pennington, Esquire

**Defendant:**

John Yaninek, Esquire
Gregory Hauck, Esquire

**REMARKS**

Pltf to voluntarily dismiss Cts. IV, V, VI, and VII as to Dougherty and Cumberland County. Pltf has until 2/7/03 to file paperwork.

FILED
HARRISBURG

FEB - 5 2003

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK