IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | : JURY TRIAL DEMANDED |
| | : HONORABLE YVETTE KANE |
| v. | : |
| Plaintiffs, | : |
| BOROUGH OF LEMOYNE, et al. | : |
| Defendants. | : NO. 1:CV-01-0930 |



FILED
HARRISBURG, PA

FEB 0 7 2003
MARY E. D'ANDREA, CLERK
Per_____

PLAINTIFFS' MOTION TO DISMISS

1. On February 3, 2003, the trial judge in this matter held a telephone conference with counsel for the parties to review the Magistrate Judge's Report and Recommendation regarding defendants West Shore Regional Police Commission, and Chief Howard Dougherty's Motion to Dismiss Plaintiffs' First Amended Complaint, and defendant Cumberland County's Motion to Dismiss Counts IV, V, VI, and VII of Plaintiffs' First Amended Complaint.

2. In accordance with the Report and Recommendation of the Magistrate Judge, plaintiffs move the court to dismiss Count IV, Count V as to defendants Cumberland County and Chief Dougherty, Count VI, and Count VII with prejudice.

3.  Plaintiffs' maintain their objection to the Magistrate Judge's Report and Recommendation regarding Count V as to the defendant West Shore Regional Police Commission.

Respectfully submitted,

Stephen S. Pennington, Esquire
I.D. #31612
Center for Disability Law & Policy
(215) 557-7112
GERALD J. WILLIAMS, ESQUIRE
I.D. #36418
Williams, Cuker & Berezofsky
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, STEPHEN S. PENNINGTON, hereby certify that on this date I served a true and correct copy of the foregoing Plaintiffs' Motion to Dismiss, with supporting brief and proposed order addressed to the Court via overnight United Parcel Service and Defendants by U.S. first class mail, postage prepaid upon the following counsel:

>Gregory J. Hauck, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>Counsel for Defendants Borough of Lemoyne,
>West Shore Regional Police Commission and
>Howard Dougherty
>
>John F. Yaninek, Esquire
>Mette, Evans & Woodside
>3401 North Front Street
>P.O. Box 5950
>Harrisburg, PA 17110-0950
>Counsel for Defendant Holy Spirit Hospital

_____
STEPHEN S. PENNINGTON, ESQUIRE

Dated:     February 6, 2003