IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | : JURY TRIAL DEMANDED : : : : HONORABLE YVETTE KANE |
| v. | : |
| Plaintiffs, | : |
| BOROUGH OF LEMOYNE, et al. | : |
| Defendants. | : NO. 1:CV-01-0930 |

FILED
HARRISBURG
FEB 1 0 2003
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

ORDER

AND NOW, this 10th day of Feb, 2003, upon consideration of Plaintiffs' Motion to Dismiss, it is hereby ORDERED AND DECREED that Count IV, Count V as to defendants Cumberland County and Howard Dougherty, Count VI, and Count VII of Plaintiffs' First Amended Complaint are dismissed with prejudice.

_____
Kane, J.