

2-18-03

FILED
HARRISBURG, PA

FEB 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | : : : : : | JURY TRIAL DEMANDED |
| | : | HONORABLE YVETTE KANE |
| Plaintiffs | : : | |
| v. | : : | |
| BOROUGH OF LEMOYNE, et al. | : : | |
| Defendants. | : | NO. 1:CV-01-0930 |

## MOTION TO REINSTATE COUNTS VI AND VII AGAINST DEFENDANT HOLY SPIRIT HOSPITAL

1. On February 7, 2003, plaintiffs moved the Court to voluntary dismiss numerous claims and counts set out in Plaintiffs' First Amended Complaint.

2. Plaintiffs' Motion to Dismiss was filed in response to the Magistrate Judge's Report and Recommendation regarding Counts IV, V, VI and VII of Plaintiffs' First Amended Complaint against the Commission, Cumberland

County and Howard Dougherty.

3. The Magistrate Judge recommended, among other things, that the Court dismiss Counts VI and VII as to Cumberland County, the Commissioner and Howard Dougherty.

4. The Court had previously denied defendant, Holy Spirit's, Motion to Dismiss Count III and, consequently plaintiffs' damages claims against this defendant in Counts VI and VII were not addressed in the Magistrate Judge's Report and Recommendation.

5. Despite the fact that the Magistrate Judge's recommendations were limited to the Commission, Cumberland County and Howard Dougherty in Counts VI and VII, plaintiffs' inadvertently agreed in its motion to voluntarily dismiss these counts as to all defendants, including Holy Spirit Hospital.

6. Counsel for defendant, Holy Spirit, informed plaintiffs of this mistake immediately upon receiving a facsimile of the Court's Order on February 10, 2003, and understands that it was inadvertent.

7. Defendant will not suffer any prejudice if the relief sought by plaintiffs is granted.

WHEREFORE, plaintiffs respectfully request that the Court reinstate Counts VI and VII against defendant, Holy Spirit Hospital.

Respectfully submitted,

_____
STEPHEN S. PENNINGTON, ESQUIRE I.D. #31612
GERALD J. WILLIAMS, ESQUIRE I.D. #36418
One Penn Center at Suburban Station, Suite 800
1617 JFK Boulevard
Philadelphia, PA 19103-1895
(215) 557-0099

DATE: 2/13/03

## CERTIFICATE OF SERVICE

I, STEPHEN S. PENNINGTON, hereby certify that on this date I served a true and correct copy of the foregoing Plaintiff's Motion To Reinstate upon the following:

> Mary E. D'Andrea, Clerk of Courts
> U.S. District Court for the
> Middle District of Pennsylvania
> 920 U.S. Courthouse
> 228 Walnut Street
> Harrisburg, PA 17108
>
> Honorable Yvette Kane
> U.S. Courthouse
> 228 Walnut Street
> P.O. Box 11817
> Harrisburg, PA 17108-1817
>
> David J. MacMain, Esquire
> Montgomery, McCracken, Walker
>   & Rhoads, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
> Counsel for Defendants Borough of Lemoyne,
> West Shore Regional Police Commission and
> Howard Dougherty
>
> John F. Yaninek, Esquire
> Mette, Evans & Woodside
> 3401 North Front Street
> P.O. Box 5950
> Harrisburg, PA 17110-0950
> Counsel for Defendant Holy Spirit Hospital

_____
STEPHEN S. PENNINGTON, ESQUIRE

Dated:     February 13, 2003