IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR, SUSAN :
SCHORR, in their own right and :  JURY TRIAL DEMANDED
as personal representatives of the :
ESTATE OF RYAN K. SCHORR :
: HONORABLE YVETTE KANE
Plaintiffs :
:
v. :
:
BOROUGH OF LEMOYNE, et al. :
:
Defendants. :  NO. 1:CV-01-0930

FILED
HARRISBURG
FEB 24 2003
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## O R D E R

AND NOW, this 24th day of February, 2003, it is ORDERED and DECREED that Counts VI and VII are reinstated as to defendant Holy Spirit Hospital.

_____
Kane,      J.