**FILED**
HARRISBURG, PA

FEB 2 4 2003

MARY E. D'ANDREA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR : : : : : | JURY TRIAL DEMANDED |
| : | HONORABLE YVETTE KANE |
| v.    : | J. Kane |
| : | |
| Plaintiffs, : | |
| : | |
| BOROUGH OF LEMOYNE, et al. : | |
| : | |
| Defendants. : | NO. 1:CV-01-0930 |

## CERTIFICATE OF CONCURRENCE

On February 14, 2003, plaintiffs filed a Motion to Reinstate Counts VI and VII of plaintiff's complaint against defendant Holy Spirit Hospital in the above captioned matter. Pursuant to local rule of civil procedure 7.1, I sought the concurrence of John F. Yaninek, counsel for defendant Holy Spirit

Hospital as to this motion. I certify that Mr. Yaninek gave his concurrence, and that he does not oppose plaintiff's motion.

Respectfully submitted,

*(signature)*

STEPHEN S. PENNINGTON, ESQUIRE
I.D. #31612
GERALD J. WILLIAMS, ESQUIRE
I.D. #36418
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1895
(215) 557-0099

DATE: 2/21/03

## CERTIFICATE OF SERVICE

I, STEPHEN S. PENNINGTON, hereby certify that on this date I served a true and correct copy of the foregoing Certificate of Concurrence upon the following:

>Mary E. D'Andrea, Clerk of Courts
>U.S. District Court for the
>Middle District of Pennsylvania
>920 U.S. Courthouse
>228 Walnut Street
>Harrisburg, PA 17108
>
>Honorable Yvette Kane
>U.S. Courthouse
>228 Walnut Street
>P.O. Box 11817
>Harrisburg, PA 17108-1817
>
>David J. MacMain, Esquire
>Montgomery, McCracken, Walker
>  & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>Counsel for Defendants Borough of Lemoyne,
>West Shore Regional Police Commission and
>Howard Dougherty
>
>John F. Yaninek, Esquire
>Mette, Evans & Woodside
>3401 North Front Street
>P.O. Box 5950
>Harrisburg, PA 17110-0950
>Counsel for Defendant Holy Spirit Hospital

_____
STEPHEN S. PENNINGTON, ESQUIRE

Dated:     February 21, 2003

3