IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, in their own right and as personal representatives of the Estate of RYAN K. SCHORR, Plaintiffs, | : : : : : : : | JURY TRIAL DEMANDED |
| v. | : : | NO.: 1:CV-01-0930 |
| WEST SHORE REGIONAL POLICE DEPARTMENT, HOWARD DOUGHERTY, CUMBERLAND COUNTY, and HOLY SPIRIT HOSPITAL, Defendants. | : : : : : : : | HONORABLE YVETTE KANE |

### ORDER

IT IS HEREBY ORDERED AND DECREED that the Motion for Summary Judgment of Defendant Holy Spirit Hospital pursuant to Fed. R. Civ. P. 56 is GRANTED and Plaintiffs' claims under 42 U.S. C. §1983 and Plaintiffs' claims for ordinary negligence, gross negligence and filial consortium are DISMISSED, with prejudice.

BY THE COURT:

_____
J.