ORIGINAL

FILED
HARRISBURG, PA

FEB 26 2003

MARY E. D'ANDREA, CL
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, in their own right and as personal representatives of the Estate of RYAN K. SCHORR,<br>        Plaintiffs, | : : : : : : | JURY TRIAL DEMANDED |
| v. | : : | NO.: 1:CV-01-0930 |
| WEST SHORE REGIONAL POLICE DEPARTMENT, HOWARD DOUGHERTY, CUMBERLAND COUNTY, and HOLY SPIRIT HOSPITAL,<br>        Defendants. | : : : : : : : | HONORABLE YVETTE KANE |

## DEFENDANT HOLY SPIRIT HOSPITAL'S MOTION SEEKING AUTHORIZATION TO EXCEED THE PAGE LIMITS FOR ITS BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

1.   Rule 7.8(b) of the Local Rules of Civil Procedure for the United States District Court for the Middle District of Pennsylvania states that pretrial briefs may not exceed fifteen (15) pages or 5,000 words in length.

2. Local Rules 7.8(b)(3) provides that in order to file a pretrial brief exceeding these limits, a defendant must file a motion seeking authorization to do so, specifying the length of the brief requested and filing such a motion at least two (2) working days before the brief is due.

3. The case at bar is complicated and involves multiple legal issues against multiple defendants, so that Defendant Holy Spirit Hospital seeks to file a brief not to exceed twenty-five (25) pages. *See* Order dated February 5, 2002 ("This case is placed on the Complex Case Management Track.").

4. Because Defendant Holy Spirit Hospital's Brief in Support of Its Motion for Summary Judgement is due on Friday, February 28, 2003, Defendant is filing this Motion Seeking Authorization to Exceed Page Limits on Wednesday, February 26, 2003, which is at least two (2) days before the due date of the brief, pursuant to Local Rule 7.8(b).

5. Counsel for Defendant Holy Spirit Hospital has conferred with all other parties' counsel concerning the instant motion and they have not opposed the request.

2

WHEREFORE, Defendant Holy Spirit Hospital requests that it be allowed to file a brief in support of its motion for summary judgment, not to exceed twenty-five (25) pages.

                                        Respectfully submitted,

                                        METTE, EVANS & WOODSIDE

By:    */s/ John F. Yaninek*
                                        JOHN F. YANINEK, ESQUIRE
                                        Sup. Ct. I. D. No. 55741
                                        3401 North Front Street
                                        P. O. Box 5950
                                        Harrisburg, PA 17110-0950
                                        (717) 232-5000
                                        Attorneys for Defendants Holy Spirit
                                        Hospital and Cumberland County
                                        and Cumberland County

Date: February 26, 2003

## CERTIFICATE OF NONCONCURRENCE

I, JOHN F. YANINEK, ESQUIRE, counsel for the Defendant Holy Spirit Hospital, called Stephen S. Pennington, Esquire, counsel for the Plaintiff, and Gregory Hauck, Esquire, counsel for West Shore Regional Police Commission and Chief Howard Dougherty, and they do concur with this Motion.

DATE: February 26, 2003

_____
John F. Yaninek

## CERTIFICATE OF SERVICE

I, JOHN F. YANINEK, ESQUIRE, hereby certify that I am serving a copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure, by depositing a copy of same in the United States Mail at Harrisburg, Pennsylvania, with first-class postage, prepaid, as follows:

Gerald J. Williams, Esquire
Williams, Cuker and Berezofsky
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1895

David J. MacMain, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Stephen S. Pennington, Esquire
One Penn Center at Suburban
Station Suite 800
1617 JFK Boulevard
Philadelphia, PA 19103

METTE, EVANS & WOODSIDE

By: _____
John F. Yaninek, Esquire
Sup. Ct. I.D. No. 55741
3401 North Front Street
P. O. Box 5950
Harrisburg, PA 17110-0950
(717) 232-5000
Attorneys for Defendants Holy Spirit Hospital and Cumberland County

DATE: February 26, 2003