# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, in their own right and as personal representatives of the Estate of RYAN K. SCHORR,<br>Plaintiffs, | : : : : : : : | JURY TRIAL DEMANDED |
| v. | : : | NO.: 1:CV-01-0930 |
| WEST SHORE REGIONAL POLICE DEPARTMENT, HOWARD DOUGHERTY, CUMBERLAND COUNTY, and HOLY SPIRIT HOSPITAL,<br>Defendants. | : : : : : : : | HONORABLE YVETTE KANE |

## ORDER

IT IS HEREBY ORDERED AND DECREED that the Motion for Summary Judgment of Defendant Cumberland County pursuant to Fed. R. Civ. P. 56 is GRANTED and Plaintiffs' claim under 42 U.S. C. §1983 are DISMISSED, with prejudice.

BY THE COURT:

_____
J.

:318999_1