IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

FEB 28 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

KEITH I. SCHORR and SUSAN SCHORR,
In their own right and as personal
representatives of the Estate of RYAN K.
SCHORR,

　　　　　　Plaintiffs,

vs.

WEST SHORE REGIONAL POLICE
COMMISSION, HOWARD DOUGHERTY,
CUMBERLAND COUNTY, ROBERT
GORIL and HOLY SPIRIT HOSPITAL,

　　　　　　Defendants.

: No. 1:CV-01-0930

: The Honorable Yvette Kane ✓

**DEFENDANTS WEST SHORE REGIONAL POLICE COMMISSION
AND CHIEF HOWARD DOUGHERTY'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Defendants West Shore Regional Police Commission and Chief Howard Dougherty, by and through their attorneys, Montgomery, McCracken, Walker & Rhoads, LLP, hereby move this Honorable Court for the entry of summary judgment in their favor on the claims raised in Counts I and V of Plaintiffs' First Amended Complaint.

Defendants West Shore Regional Police Commission and Chief Howard Dougherty incorporate the accompanying Brief in Support of their Motion for Summary Judgment as if set forth fully herein.

WHEREFORE, Defendants West Shore Regional Police Commission and Chief Howard Dougherty respectfully request that this Honorable Court grant their motion and enter judgment in their favor and against Plaintiffs.

Respectfully submitted,

Dated: February 28, 2003

*Gregory J. Hauck*

David J. MacMain (Pa. Atty. I.D. No. 59320)
Gregory J. Hauck (Pa. Atty. I.D. No. 82958)
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109-1099
(215) 772-1500

Attorneys for Defendants West Shore Regional Police Commission and Chief Howard Dougherty