IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, In their own right and as personal representatives of the Estate of RYAN K. SCHORR, | : : : : : |
| Plaintiffs, | : No. 1:CV-01-0930 |
| vs. | : : |
| WEST SHORE REGIONAL POLICE COMMISSION, HOWARD DOUGHERTY, CUMBERLAND COUNTY, ROBERT GORIL and HOLY SPIRIT HOSPITAL, | : The Honorable Yvette Kane : : : : |
| Defendants. | : |

## O R D E R

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion for Summary Judgment of Defendants West Shore Regional Police Commission and Chief Howard Dougherty, and any response thereto, it is hereby ORDERED that the Motion is GRANTED and JUDGMENT is entered in favor of Defendants West Shore Regional Police Commission and Chief Howard Dougherty and against Plaintiffs on the claims raised in Counts I and V of the First Amended Complaint.

BY THE COURT:

_____
Judge Yvette Kane