IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, In their own right and as personal representatives of the Estate of RYAN K. SCHORR, | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| vs. | : No. 1:CV-01-0930 <br> : |
| WEST SHORE REGIONAL POLICE COMMISSION, HOWARD DOUGHERTY, CUMBERLAND COUNTY, ROBERT GORIL and HOLY SPIRIT HOSPITAL, | : THE HONORABLE YVETTE KANE <br> : <br> : FILED <br> : HARRISBURG <br> : <br> : MAR - 6 2003 <br> : |
| Defendants. | : MARY E. D'ANDREA, CLERK <br> Per_____ <br> DEPUTY CLERK |

## ORDER

AND NOW, this 6th day of March, 2003, upon review of Defendants West Shore Regional Police Commission and Chief Howard Dougherty's Motion Seeking Authorization To Exceed The Page Limits For Their Brief In Support of Their Motion for Summary Judgment, it is hereby ORDERED that Defendants' Motion is GRANTED.

_____
J.

892658v1