IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, in their own right and as personal representatives of the Estate of RYAN K. SCHORR,<br>                Plaintiffs, | : : : : : : | JURY TRIAL DEMANDED |
| v. | : : | NO.: 1:CV-01-0930 |
| WEST SHORE REGIONAL POLICE DEPARTMENT, HOWARD DOUGHERTY, CUMBERLAND COUNTY, and HOLY SPIRIT HOSPITAL,<br>                Defendants. | : : : : : : | HONORABLE YVETTE KANE |

FILED
HARRISBURG
MAR - 6 2003
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

## ORDER

AND NOW, this 6th day of March, 2003, upon review of Defendant Holy Spirit Hospital's Motion Seeking Authorization to Exceed the Page Limits for Its Brief In Support of Its Motion for Summary Judgment, it is hereby ORDERED that Defendant's Motion is GRANTED.

_____
                                                                                J.

:318916_1