IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | : JURY TRIAL DEMANDED : : : : : HONORABLE YVETTE KANE |
| v. | : |
| Plaintiffs, | : |
| BOROUGH OF LEMOYNE, et al. | : |
| Defendants. | : NO. 1:CV-01-0930 |

FILED
HARRISBURG, PA
MAR 1 4 2003
MARY E. D'ANDREA, CLER
Per _____ Deputy Clerk

**PLAINTIFFS UNOPPOSED MOTION
FOR EXTENSION OF BRIEFING SCHEDULE**

1.  Defendants Cumberland County, Holy Spirit Hospital, and West Shore Police Commission have all filed motions for summary judgment in this matter.

2.  With plaintiffs' concurrence and the Court's approval, defendants' briefs in support of the motion exceed fifteen pages in length.

3.  Defendants' briefs and motions were filed and served on the same date, making plaintiffs' responses and briefs due on the same date, March 17, 2003.

4.  The complexity and importance of the issues raised in the motions has required substantial work on the part of plaintiffs' counsel, and, although such work is in progress, counsel requires a short extension of time to complete it.

5.  Plaintiffs' counsel has sought and obtained the concurrence of all defense counsel for an extension of eight days, until March 25, 2003.

6.  Counsel have agreed that, in accordance with Local Rule 7.7, any reply brief of defendants will be due ten (10) days after service of plaintiffs' responsive brief.

7. The one-week extension sought herein will work no prejudice on either side, and will advance the interests of fairness and judicial economy;

WHEREFORE, plaintiffs ask the Court to grant their proposed order.

Respectfully submitted,

*[signature]*

GERALD J. WILLIAMS, ESQUIRE
Attorney I.D. No. 36418
Williams Cuker & Berezofsky
One Penn Center at Suburban Station Building
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Counsel for Plaintiffs

Date:   March 13, 2003

## CERTIFICATE OF SERVICE

I, GERALD J. WILLIAMS, hereby certify that on this date I served a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for Extension of Briefing Schedule by first class mail, postage prepaid upon the following counsel:

John F. Yaninek, Esquire
Mette, Evans & Woodside
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Counsel for Defendants Borough of Cumberland,
Cumberland County Mental Health/Mental
Retardation Center and Holy Spirit Hospital

Gregory J. Hauck, Esquire
David J. MacMain, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
Counsel for Defendant West Shore Regional Police Commission

_____
GERALD J. WILLIAMS, ESQUIRE

Dated: March 13, 2003