## CERTIFICATE OF CONCURRENCE

I, GERALD J. WILLIAMS hereby certify that I sought concurrence in the filing of this Motion and said concurrence was given.

BY: _____
/GERALD J. WILLIAMS, ESQUIRE
Counsel for Plaintiffs

Dated: March 13, 2003