IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | JURY TRIAL DEMANDED |
| | HONORABLE YVETTE KANE |
| v. | |
| Plaintiffs, | |
| BOROUGH OF LEMOYNE, et al. | |
| Defendants. | NO. 1:CV-01-0930 |

ORDER

AND NOW, upon consideration of plaintiffs' unopposed motion for extension of time, it is hereby ordered that the motion is GRANTED. Plaintiffs shall file responses to all motions for summary judgment, with briefs, on or before March 25, 2003. Any reply brief of any defendant shall be due ten days after service of plaintiffs' briefs, in accordance with Local Rule 7.7.

BY THE COURT:

_____
HONORABLE YVETTE KANE