ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | JURY TRIAL DEMANDED |
| v. | HONORABLE YVETTE KANE |
| Plaintiffs, | |
| BOROUGH OF LEMOYNE, et al. | FILED HARRISBURG |
| | MAR 2 5 2003 |
| Defendants.    NO. 1:CV-01-0930 | MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK |

PLAINTIFFS' REPLY TO THE MOTION FOR SUMMARY
JUDGMENT OF DEFENDANTS WEST SHORE REGIONAL
POLICE COMMISSION AND CHIEF HOWARD DOUGHERTY

For all the reasons stated in plaintiffs' accompanying brief, there are ample issues of material facts in plaintiffs' action against moving defendants. Defendants have failed to meet the burden of establishing their right to judgment as a matter of law, and their motion must, therefore be denied.

Respectfully submitted,

GERALD J. WILLIAMS, ESQUIRE
Attorney I.D. No. 36418
Williams Cuker & Berezofsky
One Penn Center at Suburban Station Building
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Counsel for Plaintiffs

Dated: March 24, 2003

## CERTIFICATE OF SERVICE

I, GERALD J. WILLIAMS, hereby certify that on this date I served a true and correct copy of the foregoing Plaintiffs' Reply to The Motion of Summary Judgment of Defendants West Shore Regional Police Commission and Chief Howard Dougherty by first class mail, postage prepaid upon the following counsel:

John F. Yaninek, Esquire
Mette, Evans & Woodside
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Counsel for Defendants Borough of Cumberland, Cumberland County Mental Health/Mental Retardation Center and Holy Spirit Hospital

Gregory J. Hauck, Esquire
David J. MacMain, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
Counsel for Defendants West Shore Regional Police Commission

_____
GERALD J. WILLIAMS, ESQUIRE

Dated: March 24, 2003