IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | : JURY TRIAL DEMANDED : : : |
| v. | : HONORABLE YVETTE KANE : |
| Plaintiffs, | : : |
| BOROUGH OF LEMOYNE, et al. | : : |
| Defendants. | : NO. 1:CV-01-0930 |

**O R D E R**

AND NOW, this _____ day of _____, 2003, upon consideration of the motion for summary judgment of defendants' West Shore Regional Police Commission and Chief Howard Dougherty, and plaintiffs' response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
KANE, Y., U.S.D.C.