IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR<br><br>v.<br><br>Plaintiffs,<br><br>BOROUGH OF LEMOYNE, et al.<br><br>Defendants. | JURY TRIAL DEMANDED<br><br>HONORABLE YVETTE KANE<br><br><br><br><br><br><br>NO. 1:CV-01-0930 |

# ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of defendant Holy Spirit Hospital's motion for summary judgment and plaintiffs' response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
KANE, Y., U.S.D.C.