IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR, SUSAN SCHORR, in their own right and as personal representatives of the ESTATE OF RYAN K. SCHORR | : JURY TRIAL DEMANDED |
| v. | : HONORABLE YVETTE KANE |
| Plaintiffs, | : |
| BOROUGH OF LEMOYNE, et al. | : |
| Defendants. | : NO. 1:CV-01-0930 |

ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the motion for summary judgment of defendant Cumberland County, and plaintiffs' response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
KANE, Y., U.S.D.C.