IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and                           :
SUSAN SCHORR, In their own right and          :
as personal representatives of the            :
Estate of Ryan K. Schorr,                     :
      Plaintiffs,                          :
                                              :
v.                                            :   CIVIL ACTION NO. 1:CV-01-930
                                              :
                                              :   (Judge Kane)
BOROUGH OF LEMOYNE, et al.,                   :
      Defendants                           :

**ORDER**

The above-captioned matter is currently set for a jury trial in this Court on the May, 2003 trial calendar. Due to a scheduling conflict with a re-trial of a case set for May that is expected to last four weeks, **IT IS ORDERED THAT** the above-captioned case be removed from the May trial calendar and listed on the June, 2003 trial calendar. Therefore, the scheduling order of December 18, 2002 is **AMENDED** as follows:

| | |
|---|---|
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or Before | **May 1, 2003** |
| Motions in Limine Due: | **May 7, 2003** |
| Pretrial Memoranda Due: | **May 14, 2003** |
| Pretrial and Settlement Conference | **May 19, 2003 - 11:00 a.m.** |
| Proposed Jury Instructions, Proposed Voir Dire Questions, and Objections to Proposed Instructions Due: | **May 27, 2003** |
| Jury Selection and Trial | **June 2, 2003 - 9:30 a.m.** |

                                                       s/ Yvette Kane
                                                       Yvette Kane
                                                       United States District Judge

Dated: March  26 , 2003