$2$ to $4$

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and SUSAN SCHORR,      :
In their own right and as personal      :
representatives of the Estate of RYAN K.      :
SCHORR,      :
      :
   Plaintiffs,      :
      :
  vs.      : No.  1:CV-01-0930
      :
WEST SHORE REGIONAL POLICE      : THE HONORABLE YVETTE KANE
COMMISSION, HOWARD DOUGHERTY,      :
CUMBERLAND COUNTY, ROBERT      :
GORIL and HOLY SPIRIT HOSPITAL,      :
      :
   Defendants.      :
      :

FILED
HARRISBURG

APR 0 7 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION FOR ORAL ARGUMENT ON THE MOTION FOR
## SUMMARY JUDGMENT FILED BY DEFENDANTS WEST SHORE REGIONAL
## POLICE COMMISSION AND CHIEF HOWARD DOUGHERTY

  1. Pursuant to Rule 7.9 of the Local Rules of Civil Procedure for the United States

District Court for the Middle District of Pennsylvania, a party may request oral argument on a

pretrial motion "promptly upon the expiration of the time for filing all briefs."  Defendants West

Shore Regional Police Commission and Chief Howard Dougherty are requesting oral argument

on their motion for summary judgment on the same day that they are filing their reply brief – the

day which marks the expiration of the time for filing briefs relating to their summary judgment

motion.  See Local Fed. R. Civ. P. 7.7.

2.     The motion for summary judgment that was filed by Defendants West Shore Regional Police Commission and Chief Howard Dougherty asks this Court to consider whether the entry of summary judgment is appropriate on novel claims brought under 42 U.S.C. § 1983 ("Section 1983") and the Americans with Disabilities Act ("ADA").

3.     The Section 1983 and ADA claims present complex issues as evidenced by the fact that this case was placed on the Complex Case Management Track.  <u>See</u> Order, dated Feb. 5, 2002.

WHEREFORE, Defendants West Shore Regional Police Commission and Chief Howard Dougherty request that this Court schedule oral argument on their motion for summary judgment.

Respectfully submitted,

Dated:  April 4, 2003

David J. MacMain  (Atty. I.D. No. 59320)
Gregory J. Hauck  (Atty. I.D. No. 82958)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109-1099
(215) 772-1500

Attorneys for Defendants West Shore
Regional Police Commission and
Chief Howard Dougherty

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing to be served, via

first-class mail, postage prepaid, upon each of the following persons:

Gerald J. Williams, Esquire
Williams, Cuker & Berezofsky
One Penn Center
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1895
Attorney for Plaintiffs

John F. Yaninek
Mette, Evans & Woodside
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Attorney for Cumberland County and Holy
Spirit Hospital

Dated: April 4, 2003

Gregory J. Hauck