## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and SUSAN SCHORR,   :
In their own right and as personal   :
representatives of the Estate of RYAN K.   :
SCHORR,   :
   :
          Plaintiffs,   : No. 1:CV-01-0930
   :
      vs.   :
   :
WEST SHORE REGIONAL POLICE   : The Honorable Yvette Kane
COMMISSION, HOWARD DOUGHERTY,   :
CUMBERLAND COUNTY, ROBERT   :
GORIL and HOLY SPIRIT HOSPITAL,   :
   :
        Defendants.   :

## <u>O R D E R</u>

AND NOW, this _____ day of _____, 2003, upon

consideration of the Motion for Oral Argument on the Motion for Summary Judgment filed by

Defendants West Shore Regional Police Commission and Chief Howard Dougherty, it is hereby

ORDERED that the Motion is GRANTED. Oral argument on the motion will be held on

_____, 2003, at _____ a.m.

BY THE COURT:

_____
Judge Yvette Kane