2 to C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and SUSAN SCHORR,   :
In their own right and as personal   :
representatives of the Estate of RYAN K.   :
SCHORR,   :
   :
       Plaintiffs,   :
   :
   :
  vs.   :  No.  1:CV-01-0930
   :
WEST SHORE REGIONAL POLICE   :  THE HONORABLE YVETTE KANE
COMMISSION, HOWARD DOUGHERTY,   :
CUMBERLAND COUNTY, ROBERT   :
GORIL and HOLY SPIRIT HOSPITAL,   :
   :
       Defendants.   :
   :

FILED
HARRISBURG

APR 0 9 2003

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## UNOPPOSED MOTION FOR A NEW TRIAL DATE
## OF DEFENDANTS WEST SHORE REGIONAL POLICE COMMISSION
## AND CHIEF HOWARD DOUGHERTY

1.      On March 26, 2003, this Court issued a revised scheduling order.  In the order,

this Court cancelled the original trial date and rescheduled it to begin on June 2, 2003.

2.      Defendants West Shore Regional Police Commission and Chief Howard

Dougherty are unavailable for trial at that time because of a pre-paid vacation scheduled by

counsel for the week of June 2, 2003 through June 6, 2003.  They are available for trial any other

time between June 9, 2003 and July 31, 2003, except between July 14, 2003 and July 17, 2003.

3.     Defendants West Shore Regional Police Commission and Chief Howard Dougherty have contacted the other parties in this case and have been informed that the other parties do not object to a new trial date so long as the trial can be held as soon as practicable.

4.     Defendants Holy Spirit Hospital and Cumberland County are available for trial anytime between June 9, 2003 and July 31, 2003.

5.     Plaintiffs are available for trial anytime between June 9, 2003 and July 31, 2003, except between July 7, 2003 and July 11, 2003 because of a pre-existing commitment of counsel.

WHEREFORE, Defendants West Shore Regional Police Commission and Chief Howard Dougherty request that the Court set a new trial date so that the trial will run anytime between June 9, 2003 and July 4, 2003 or between July 18, 2003 and July 31, 2003.  In the alternative, Defendants West Shore Regional Police Commission and Chief Howard Dougherty request that the Court hold a conference call with counsel for all of the parties so that a new trial date can be scheduled at a time when no one is unavailable.

Respectfully submitted,

Dated:  April 4, 2003

David J. MacMain  (Atty. I.D. No. 59320)
Gregory J. Hauck  (Atty. I.D. No. 82958)
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109-1099
(215) 772-1500

Attorneys for Defendants West Shore
Regional Police Commission and
Chief Howard Dougherty

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served, via first-class mail, postage prepaid, upon each of the following persons:

>Gerald J. Williams, Esquire
>Williams, Cuker & Berezofsky
>One Penn Center
>1617 JFK Boulevard, Suite 800
>Philadelphia, PA  19103-1895
>Attorney for Plaintiffs

>John F. Yaninek
>Mette, Evans & Woodside
>3401 North Front Street
>P.O. Box 5950
>Harrisburg, PA  17110-0950
>Attorney for Cumberland County and Holy
>Spirit Hospital

Dated:  April 4, 2003

Gregory J. Hauck