**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, In their own right and as personal representatives of the Estate of RYAN K. SCHORR, | : : : : : | |
| Plaintiffs, | : : | No.  1:CV-01-0930 |
| vs. | : : | |
| WEST SHORE REGIONAL POLICE COMMISSION, HOWARD DOUGHERTY, CUMBERLAND COUNTY, ROBERT GORIL and HOLY SPIRIT HOSPITAL, | : : : : : | The Honorable Yvette Kane |
| Defendants. | : | |

## O R D E R

AND NOW, this _____ day of _____, 2003, upon consideration of the Unopposed Motion for a New Trial Date of Defendants West Shore Regional Police Commission and Chief Howard Dougherty, it is hereby ORDERED that the Motion is GRANTED.  Jury selection and the trial shall begin on _____, 2003, at _____ a.m.

BY THE COURT:

_____
Judge Yvette Kane