IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR and : | |
| SUSAN SCHORR, In their own right and : | |
| as personal representatives of the : | |
| Estate of Ryan K. Schorr, : | |
|     Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 1:CV-01-930 |
| : | |
| : | (Judge Kane) |
| BOROUGH OF LEMOYNE, et al., : | |
|     Defendants : | |

## ORDER

Before the Court is Defendants West Shore Regional Police Commission and Chief Howard Dougherty's motion for a new trial date (Doc. No. 110). Upon consideration, **IT IS ORDERED THAT** jury selection in the above-captioned case is **RE-SCHEDULED** for June 9, 2003. The Pretrial and Settlement Conference will be held on May 27, 2003 at 1:30 p.m. All other dates set forth in the March 26, 2003 Order shall remain the same.

                                                    s/ Yvette Kane
                                                  Yvette Kane
                                                  United States District Judge

Dated: April 21, 2003