IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, In their own right and as personal representatives of the Estate of Ryan K. Schorr, Plaintiffs, | : : : : : : |
| v. | : CIVIL ACTION NO. 1:CV-01-930 : : (Judge Kane) |
| BOROUGH OF LEMOYNE, et al., Defendants | : : |

## ORDER

Before the Court is Defendants West Shore Regional Police Commission and Chief Howard Dougherty's motion for oral argument (Doc. No. 109). Upon consideration, **IT IS ORDERED THAT** the motion is **DENIED**. The pending dispositive motions shall be decided on the briefs.

                                                             s/Yvette Kane
                                                             Yvette Kane
                                                             United States District Judge

Dated: April  25 , 2003