ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and SUSAN SCHORR,   :
In their own right and as personal   :
representatives of the Estate of RYAN K.   :
SCHORR,   :
                                          :
            Plaintiffs,   :   No. 1:CV-01-0930
                                            :
   vs.   :
                                          :
WEST SHORE REGIONAL POLICE   :   The Honorable Yvette Kane
COMMISSION, HOWARD DOUGHERTY,   :
CUMBERLAND COUNTY, ROBERT   :
GORIL and HOLY SPIRIT HOSPITAL,   :
                                          :
            Defendants.   :

FILED
HARRISBURG, PA
MAY 0 7 2003
MARY E. D'ANDREA, CLERK
Per _____

## DEFENDANTS WEST SHORE REGIONAL POLICE COMMISSION AND CHIEF HOWARD DOUGHERTY'S MOTION IN LIMINE TO PRECLUDE THE PROPOSED EXPERT OPINIONS AND TESTIMONY OF DR. SUZANNE VOGEL-SCIBILIA

Defendants West Shore Regional Police Commission and Chief Howard Dougherty

respectfully request that the Court preclude Plaintiffs from using the opinions and testimony of

Dr Suzanne Vogel-Scibilia against them.  The grounds for this motion are set forth in the accompanying brief.

Respectfully submitted,

Dated: May 6, 2003

David J. MacMain (Pa. Atty. I.D. No. 59320)
Gregory J. Hauck (Pa. Atty. I.D. No. 82958)
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109-1099
(215) 772-1500

Attorneys for Defendants West Shore
Regional Police Commission and Chief
Howard Dougherty