# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, In their own right and as personal representatives of the Estate of RYAN K. SCHORR, | : : : : | |
| | : | |
| Plaintiffs, | : | No. 1:CV-01-0930 |
| | : | |
| vs. | : | |
| | : | |
| WEST SHORE REGIONAL POLICE COMMISSION, HOWARD DOUGHERTY, CUMBERLAND COUNTY, ROBERT GORIL and HOLY SPIRIT HOSPITAL, | : : : : | The Honorable Yvette Kane |
| | : | |
| Defendants. | : | |

## O R D E R

AND NOW, this _____ day of _____, 2003, upon

consideration of Defendants West Shore Regional Police Commission and Chief Howard

Dougherty's Motion in <u>Limine</u> to Preclude the Proposed Expert Opinions and Testimony of Dr.

Suzanne Vogel-Scibilia, and any opposition thereto, it is hereby ORDERED that the motion is

GRANTED. Plaintiffs are precluded from using Dr. Suzanne Vogel-Scibilia's opinions and

testimony against Defendants West Shore Regional Police Commission and Chief Howard Dougherty.

BY THE COURT:

_____

Judge Yvette Kane