JUDGE'S COPY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and SUSAN      :
SCHORR, In their own right and as    :
personal representatives of the Estate   :
of RYAN K. SCHORR,              :
                               :
         Plaintiffs,        :   No. 1:CV-01-0930
                               :
    vs.                         :
                               :
WEST SHORE REGIONAL POLICE   :   The Honorable Yvette Kane
COMMISSION, HOWARD            :
DOUGHERTY, CUMBERLAND      :
COUNTY, ROBERT GORIL and     :
HOLY SPIRIT HOSPITAL,        :
                               :
         Defendants.      :

*rec'd*
FILED
HARRISBURG, PA
MAY 0 7 2003
_____

FILED
HARRISBURG
MAY - 9 2003
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## STIPULATION REGARDING ADMISSIBILITY OF EVIDENCE RELATING TO THE SHOOTING OF RYAN SCHORR

     1.     Federal Rule of Civil Procedure 16(c)(3) authorizes parties to enter

into stipulations regarding the admissibility of evidence.

     2.     It is the position of Defendants West Shore Regional Police

Commission and Chief Howard Dougherty that any photographs of Ryan Schorr

that were taken after his death on November 18, 2000 are irrelevant and

inadmissible at trial. Plaintiffs have agreed not to introduce any such photographs

at trial. Plaintiffs may, however, introduce photographs of Ryan Schorr that were taken prior to his death on November 18, 2000.

3. Plaintiffs intend to admit evidence from the autopsy report prepared by Dr. Saralee Funke on November 18, 2000 relating to the number of and the location of the gunshot wounds to Ryan Schorr. Defendants West Shore Regional Police Commission and Chief Howard Dougherty have agreed not to object to the admissibility of such evidence.

4. Plaintiffs and Defendants West Shore Regional Police Commission and Chief Howard Dougherty believe that this stipulation will facilitate the just, speedy and inexpensive disposition of this action.

Date: May 6, 2003

David J. McMain, Esquire
Gregory J. Hauck, Esquire
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
123 S. Broad Street
Philadelphia, PA 19109

Attorneys for Defendants West Shore
Regional Police Commission and
Chief Howard Dougherty

Date: May 6, 2003

Gerald J. Williams, Esquire
Williams, Cuker & Berezofsky
One Penn Center
1617 JFK Boulevard, Suite 800
Philadelphia, PA  19103-1895

Attorney for Plaintiffs

APPROVED:  5/8/03

Yvette Kane, J.