ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR, SUSAN SCHORR,   :
in their own right and as personal   :
representatives of the ESTATE OF   :
RYAN K. SCHORR   :
    :
v.   :
    :
        Plaintiffs,   :
    :
BOROUGH OF LEMOYNE, et al.   :
    :
        Defendants.   :

JURY TRIAL DEMANDED

HONORABLE YVETTE KANE

NO.  1:CV-01-0930

FILED
MAY 1 2 2003
PER
HARRISBURG, PA.          DEPUTY CLERK

### PLAINTIFFS' REPLY TO THE MOTION *IN LIMINE* OF DEFENDANTS WEST SHORE REGIONAL POLICE COMMISSION AND CHIEF HOWARD DOUGHERTY

For the reasons stated in the accompanying brief, moving defendants have failed to show good cause for the preclusion of the testimony of Dr. Suzanne Vogel-Scibilia regarding their conduct.  Accordingly, their motion should be denied.

WHEREFORE, plaintiffs ask the Court to enter their proposed order.

Respectfully submitted,

GERALD J. WILLIAMS, ESQUIRE
Attorney I.D. No. 36418
Williams Cuker & Berezofsky
One Penn Center at Suburban Station Building
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

STEPHEN S. PENNINGTON, ESQUIRE
Attorney I.D. #31612
Williams Cuker & Berezofsky
One Penn Center at Suburban Station Building

1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-7112
Counsel for Plaintiffs

Dated: May 9, 2003