# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH I. SCHORR, SUSAN SCHORR,** | : | **JURY TRIAL DEMANDED** |
| **in their own right and as personal** | : | |
| **representatives of the ESTATE OF** | : | |
| **RYAN K. SCHORR** | : | |
| | : | **HONORABLE YVETTE KANE** |
| **v.** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **BOROUGH OF LEMOYNE, et al.** | : | |
| | : | |
| **Defendants.** | : | **NO.  1:CV-01-0930** |

## O R D E R

**AND NOW**, this        day of                    , 2003, upon consideration of Defendants

West Shore Regional Police Commission and Chief Howard Dougherty's Motion *in Limine*

regarding the testimony of plaintiffs' expert Suzanne Vogel-Scibilia, and plaintiffs' response thereto,

it is hereby ordered that the motion is **DENIED**.


BY THE COURT,


_____

YVETTE KANE, U.S.D.C.