IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and SUSAN SCHORR, :    CIVIL ACTION NO.
In their own right and as personal      :         1:CV-01-930
representatives of the Estate of Ryan K. :
Schorr,                                  :
             Plaintiffs        :
                      :
          v.                :    Judge Kane
                      :
BOROUGH OF LEMOYNE, et al.,              :
            Defendants        :
                      :
                      :

## O R D E R

West Shore Regional Police Commission has filed a motion in limine to preclude the

expert testimony of Dr. Suzanne Vogel-Scibilia.  In consideration of the upcoming trial date

of June 9, 2003, **IT IS ORDERED THAT** the deadlines for response to this motion are

amended as follows: (1) Plaintiffs' responsive brief to the motion in limine is due on or before

May 21, 2003; (2) Defendant's reply brief is due on or before May 28, 2003.  **IT IS**

**FURTHER ORDERED THAT** a <u>Daubert</u> hearing will be held on May 30, 2003 at 9:30 a.m.

                                                  _s/ Yvette Kane_____
                                                  Yvette Kane
                                                  United States District Judge

Date: May 14, 2003