ORIGINAL

2 to cv

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH I. SCHORR and SUSAN SCHORR,  :
In their own right and as personal  :
representatives of the Estate of RYAN K.  :
SCHORR,  :

          Plaintiffs,  :  No.  1:CV-01-0930

      vs.  :

WEST SHORE REGIONAL POLICE  :  The Honorable Yvette Kane
COMMISSION, HOWARD DOUGHERTY,  :
CUMBERLAND COUNTY, ROBERT  :
GORIL and HOLY SPIRIT HOSPITAL,  :

         Defendants.  :
           :

FILED
HARRISBURG, PA

MAY 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**MOTION OF DEFENDANTS WEST SHORE REGIONAL POLICE COMMISSION AND CHIEF HOWARD DOUGHERTY FOR PERSON WITH SETTLEMENT AUTHORITY TO BE AVAILABLE DURING CONFERENCE VIA TELEPHONE**

    1.     Rule 16.2 of the Local Rules of Civil Procedure provides that, upon Court approval, a person with settlement authority need not attend a pretrial conference in person so long as that person is available to participate in the conference by telephone.

    2.     This Court has scheduled a pretrial conference for May 27, 2003 at 1:30 p.m.

    3.     Counsel for West Shore Regional Police Commission and Chief Howard Dougherty has notified a person with settlement authority of this conference.

4.     The person with settlement authority resides in Kentucky.  Due to other commitments, that person is unable to attend the conference in person.  She can, however, be available to participate in the conference via telephone.

WHEREFORE, Defendants West Shore Regional Police Commission and Chief Howard Dougherty respectfully request that the Court enter an Order allowing the person with settlement authority to be available to participate in the pretrial conference scheduled for May 27, 2003 via telephone.

Respectfully submitted,

Date:  May 13, 2003

David J. MacMain, Esquire
Gregory J. Hauck, Esquire
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 S. Broad Street
Philadelphia, PA  19109

Attorneys for Defendants West Shore
Regional Police Commission and
Chief Howard Dougherty

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing motion to be served, via first-class mail, postage prepaid, upon each of the following persons:

Gerald J. Williams, Esquire
Williams, Cuker & Berezofsky
One Penn Center
1617 JFK Boulevard, Suite 800
Philadelphia, PA  19103-1895
Attorney for Plaintiffs

John F. Yaninek
Mette, Evans & Woodside
3401 North Front Street
P.O. Box 5950
Harrisburg, PA  17110-0950
Attorney for Cumberland County and Holy
Spirit Hospital

Dated:  May 13, 2003

Gregory J. Hauck