## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, In their own right and as personal representatives of the Estate of RYAN K. SCHORR, | : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | No.  1:CV-01-0930 |
| WEST SHORE REGIONAL POLICE COMMISSION, HOWARD DOUGHERTY, CUMBERLAND COUNTY, ROBERT GORIL and HOLY SPIRIT HOSPITAL, | : : : : : | THE HONORABLE YVETTE KANE |
| Defendants. | : : | |

### ORDER

AND NOW, this ____ day of _____, 2003, upon review of the Motion of Defendants West Shore Regional Police Commission and Chief Howard Dougherty for Person with Settlement Authority To Be Available During Conference Via Telephone, it is hereby ORDERED that Defendants' Motion is GRANTED.  The person with settlement authority is not require to attend the September 27, 2003 pretrial conference in person but is required to be available by telephone during the conference.

_____

Judge Yvette Kane