IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


KEITH I. SCHORR and SUSAN SCHORR,:     CIVIL ACTION NO.
In their own right and as personal    :        1:CV-01-930
representatives of the Estate of RYAN K.    :
SCHORR,    :
           Plaintiffs    :
         v.    :        Judge Kane
   :
WEST SHORE REGIONAL POLICE    :
COMMISSION, HOWARD DOUGHERTY,:
CUMBERLAND COUNTY, ROBERT    :
GORIL and HOLY SPIRIT HOSPITAL,    :
         Defendants    :


## O R D E R


AND NOW this   16th   day of May, 2003, upon review of the Motion of

Defendants West Shore Regional Police Commission and Chief Howard Dougherty for

Person with Settlement Authority To Be Available During Conference Via Telephone, IT IS

HEREBY ORDERED that Defendants' Motion is GRANTED.  The person with settlement

authority is not required to attend the May 27, 2003 pretrial conference in person but is

required to be available by telephone during the conference.


                         s/ Yvette Kane
                      Yvette Kane
                      United States District Judge