IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, : | | CIVIL ACTION NO. |
| In their own right and as personal : | | 1:CV-01-930 |
| representatives of the Estate of RYAN K. : | | |
| SCHORR, : | | |
| Plaintiffs : | | |
| v.  : | | Judge Kane |
| : | | |
| WEST SHORE REGIONAL POLICE, : | | |
| COMMISSION, HOWARD DOUGHERTY,: | | |
| CUMBERLAND COUNTY, ROBERT : | | |
| GORIL and HOLY SPIRIT HOSPITAL, : | | |
| Defendants : | | |

## O R D E R

**AND NOW** this 23rd day of May, 2003, **IT IS HEREBY ORDERED THAT** Gregory J. Hauck, Jr., Esquire will be permitted to enter the Federal Building on June 9, 2003 with the below list of items to be used as exhibits for trial in the above-captioned action:

1. Airpellet Rifle - .177 caliber daisy, make - power 856, there is no serial number on it.
2. Knife - Steak knife with a black handle
3. Aluminum pan with wooden handle
4. Flat pan with copper bottom without handle
5. Black handle of flat pan
6. Copper bottom pan with handle

    s/ Yvette Kane
    Yvette Kane
    United States District Judge