IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and | : | |
| SUSAN SCHORR, In their own right and | : | |
| as personal representatives of the | : | |
| Estate of Ryan K. Schorr, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:CV-01-930 |
| | : | |
| | : | (Judge Kane) |
| BOROUGH OF LEMOYNE, et al., | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 27th day of May, 2003, at the request of the parties, **IT IS ORDERED THAT** the hearing scheduled for May 30, 2003 at 9:30 a.m. is **CANCELLED**. **IT IS FURTHER ORDERED THAT** a telephone conference will be held at 1:30 p.m. on Thursday, May 29, 2003 to discuss the status of this case. Plaintiff shall initiate the call.

                                                s/ Yvette Kane
                                                Yvette Kane
                                                United States District Judge

Date: May  28 , 2003