IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and | : | |
| SUSAN SCHORR, In their own right and | : | |
| as personal representatives of the | : | |
| Estate of Ryan K. Schorr, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:CV-01-930 |
| | : | |
| | : | (Judge Kane) |
| BOROUGH OF LEMOYNE; | : | |
| BOROUGH OF WORMLEYSBURG; | : | |
| WEST SHORE REGIONAL POLICE | : | |
| DEPT.; HOWARD DOUGHERTY, | : | |
| Chief, West Shore Regional Police | : | |
| Dept.; CUMBERLAND COUNTY; | : | |
| ROBERT GORIL, Executive Director, | : | |
| Cumberland County Mental Health/ | : | |
| Mental Retardation Dept.; HOLY | : | |
| SPIRIT HOSPITAL, and WEST | : | |
| SHORE REGIONAL POLICE | : | |
| COMMISSION, | : | |
| Defendants | : | |

**ORDER**

Before the Court is Defendants West Shore Regional Police Commission and Chief Howard Dougherty's motion for summary judgment in the above-captioned case. The motion has been fully briefed and is ripe for disposition. Upon consideration, **IT IS HEREBY ORDERED THAT** Defendant's motion for summary judgment (Doc. No. 85) is **DENIED**.

s/Yvette Kane
Yvette Kane
United States District Judge

Date: May  30 , 2003