## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH I. SCHORR and** | : | |
| **SUSAN SCHORR, In their own right and** | : | |
| **as personal representatives of the** | : | |
| **Estate of Ryan K. Schorr,** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 1:CV-01-930** |
| | : | |
| | : | **(Judge Kane)** |
| **BOROUGH OF LEMOYNE;** | : | |
| **BOROUGH OF WORMLEYSBURG;** | : | |
| **WEST SHORE REGIONAL POLICE** | : | |
| **DEPT.; HOWARD DOUGHERTY,** | : | |
| **Chief, West Shore Regional Police** | : | |
| **Dept.; CUMBERLAND COUNTY;** | : | |
| **ROBERT GORIL, Executive Director,** | : | |
| **Cumberland County Mental Health/** | : | |
| **Mental Retardation Dept.; HOLY** | : | |
| **SPIRIT HOSPITAL, and WEST** | : | |
| **SHORE REGIONAL POLICE** | : | |
| **COMMISSION,** | : | |
| **Defendants** | : | |

### ORDER

Before the Court is Defendant Cumberland County's motion for summary judgment in the above-captioned case. The motion has been fully briefed and is ripe for disposition. Upon consideration, **IT IS HEREBY ORDERED THAT** Defendant's motion for summary judgment (Doc. No. 81) is **DENIED**.

s/Yvette Kane
Yvette Kane
United States District Judge

Date: May  30 , 2003