IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH I. SCHORR and** | : | |
| **SUSAN SCHORR, In their own right and** | : | |
| **as personal representatives of the** | : | |
| **Estate of Ryan K. Schorr,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:CV-01-930 |
| | : | |
| | : | (Judge Kane) |
| **BOROUGH OF LEMOYNE, et al.,** | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this  5th  day of    June   , 2003, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

                                                                           S/ Yvette Kane
                                                                         Yvette Kane
                                                                         United States District Judge