**ORIGINAL**

none to U

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH I. SCHORR and SUSAN SCHORR, In their own right and as personal representatives of the Estate of RYAN K. SCHORR, | : : : : : | |
| Plaintiffs, | : : | No. 1:CV-01-0930 |
| vs. | : : : | |
| WEST SHORE REGIONAL POLICE COMMISSION, HOWARD DOUGHERTY, CUMBERLAND COUNTY, ROBERT GORIL and HOLY SPIRIT HOSPITAL, | : : : : : | The Honorable Yvette Kane |
| Defendants. | : : | |



FILED JUL 2 1 2003 PER HARRISBURG, PA. DEPUTY CLERK

## STIPULATION OF VOLUNTARY DISMISSAL

The undersigned parties, by and through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that any and all of Plaintiffs' claims against Defendants West Shore Regional Police Commission in the above-captioned case are HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE, both parties to bear their own fees and costs.

The Court shall retain jurisdiction over this matter for the limited purpose of enforcing the Settlement Agreement and Release executed by Plaintiffs and Defendants West Shore Regional Police Commission and Howard E. Dougherty.

Date: July 17, 2003

_____
Gerald J. Williams
Williams, Cuker & Berezofsky
One Penn Center
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1895
Attorney for Plaintiffs

Date: July 17, 2003

_____
David J. MacMain
Gregory J. Hauck
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
Attorneys for Defendants West Shore Regional
Police Commission and Chief Howard Dougherty

Date: July ___, 2003

_____
John F. Yaninek
Mette, Evans & Woodside
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Attorney for Holy Spirit Hospital and
Cumberland County

SO ORDERED:

BY THE COURT:

_____                    Date: _____
The Honorable Yvette Kane

The Court shall retain jurisdiction over this matter for the limited purpose of enforcing the Settlement Agreement and Release executed by Plaintiffs and Defendants West Shore Regional Police Commission and Howard E. Dougherty.

Date: July __, 2003

_____
Gerald J. Williams
Williams, Cuker & Berezofsky
One Penn Center
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1895
Attorney for Plaintiffs

Date: July __, 2003

_____
David J. MacMain
Gregory J. Hauck
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
Attorneys for Defendants West Shore Regional Police Commission and Chief Howard Dougherty

Date: July 17, 2003

_____
John F. Yaninek
Mette, Evans & Woodside
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Attorney for Holy Spirit Hospital and Cumberland County

SO ORDERED:

BY THE COURT:

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Stipulation of Voluntary Dismissal to be served, via first class mail, upon the following persons at the addresses listed below:

>Gerald J. Williams, Esquire
>Williams, Cuker & Berezofsky
>One Penn Center
>1617 JFK Boulevard, Suite 800
>Philadelphia, PA  19103-1895
>Attorney for Plaintiffs
>
>John F. Yaninek
>Mette, Evans & Woodside
>3401 North Front Street
>P.O. Box 5950
>Harrisburg, PA  17110-0950
>Attorney for Cumberland County and
>  Holy Spirit Hospital

Dated:  July 17, 2003

_____
Gregory J. Hauck